USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-26-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCHITECTURAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXOTECO, LLC and DANIEL MITCHELL, <br><br> Defendants. | Civil Action No. 08cv10812(LBS) <br><br> Civil Action <br><br> **ORDER FOR ENTRY OF DEFAULT AS TO EXOTECO, LLC** |

SAND, J.,

Pursuant to an order of this Court entered on July 6, 2009, defendant Exoteco, LLC was notified that unless it retained counsel within thirty (30) days, or showed good cause for an extension of time, plaintiff could obtain a default judgment against defendant Exoteco, LLC. More than thirty days have passed and defendant Exoteco has neither appeared through counsel nor shown good cause for an extension of the time to do so. Based on said defendant's failure to comply with the Court's order, the Clerk of the Court is directed to enter default against defendant Exoteco, LLC. Within seven (7) days of the entry of this order, plaintiff shall submit an affidavit as to the amount due and a proposed form of judgment.

So ordered.

Dated:   August 25, 2009
         New York, New York

_____
U.S.D.J., Part I

COPIES MAILED TO ALL PARTIES